Christopher ROLLER, Plaintiff–Appellant,

v.

The JAMES RANDI EDUCATIONAL FOUNDATION, INC., Defendant,

and

Anthony Ostlund & Baer, P.A., Defendant–Appellee,

and

State of Minnesota, Defendant–Appellee,

and

United States, Defendant–Appellee.

No. 2008–1350.

United States Court of Appeals, Federal Circuit.

June 26, 2008.

Richard T. Ostlund, Anthony Ostlund Baer Louwagie, Minneapolis, MN, for Anthony Ostlund & Baer, P.A.

Christopher Roller, Burnsville, MN, pro se.

John S. Garry, for State of Minnesota.

Jeanne E. Davidson, Department of Justice, Washington, DC, for United States.

## ON MOTION

### ORDER

Upon consideration of Christopher Roller's motion to voluntarily dismiss his appeal,

IT IS ORDERED THAT:

(1) The appeal is dismissed.

(2) All sides shall bear their own costs in this appeal.